STATE of Missouri, Respondent,

v.

**Trent William FAY, Appellant.**

No. WD 73020.

Missouri Court of Appeals,
Western District.

May 15, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 2012.

Application for Transfer
Denied Aug. 14, 2012.

Alexa Irene Pearson, Columbia, MO, for appellant.

Jayne T. Woods and Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Division Three: JAMES M. SMART, JR., P.J., VICTOR C. HOWARD and JAMES E. WELSH, JJ.

## ORDER

PER CURIAM:

Trent Fay appeals his conviction after a bench trial for first-degree drug traffick-

ing. The judgment is affirmed. Rule 30.25(b).